872 A.2d 1124

**Robert Lee AARON, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Decided April 13, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of April, 2005, probable jurisdiction is noted and the order appealed is affirmed. The Motion for Appointment of Counsel is denied.